■ EDWARD B. ASHLEY, as Administrator of the Estate of WALTER C. ASHLEY, Deceased, Respondent, v. INDUCTION HEATING CORPORATION, Appellant. — Judgment and order affirmed, with costs. All concur. (Appeal from a judgment of Ontario Trial Term for plaintiff in an action for damages for the death of plaintiff's intestate and for damages for conscious pain and suffering, alleged to have resulted by reason of negligent installation of electrical equipment. The order appealed from denied defendant's motion for a new trial if plaintiff stipulated to reduce the verdict for conscious pain and suffering.) Present — Vaughan, J. P., Kimball, Williams, Bastow and Goldman, JJ.

■ RONALD G. DUSING, an Infant, by DONALD C. DUSING, His Guardian ad Litem, et al., Appellants, v. EDWARD A. KLINK, Respondent.— Motion for reargument denied. Present — McCurn, P. J., Vaughan, Kimball, Bastow, and Goldman, JJ. [See 3 A D 2d 892.]

■ In the Matter of TRAPASSO OLDSMOBILE INC., Respondent, ITALIAN SOCIETY OF M. S. CRISTOFORO COLOMBO, INC., Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — McCurn, P. J., Vaughan, Kimball, Bastow and Goldman, JJ. [See 3 A D 2d 970.]

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT E. RUNION, Appellant.— Order entered May 22, 1957 (3 A D 2d 982) amended *nunc pro tunc* by striking from the ordering paragraph thereof the words "and facts", and by adding the following sentence to said paragraph: "We have examined the facts and find them sufficient." Present — McCurn, P. J., Vaughan, Williams, Bastow and Goldman, JJ.

■ In the Matter of the Appointment of a Member of the Committee on Character and Fitness of Applicants for Admission to the Bar for the Seventh Judicial District.—Joseph Goldstein, Esq., of Rochester appointed a member in the place and stead of Joseph L. Rubenstein Esq., Deceased.

## FIRST DEPARTMENT, JULY, 1957

### (July 2, 1957)

■ SAMUEL I. BURD, v. MILTON KELLEM MUSIC CO., INC. et al.— Motion for stay denied. Concur — Breitel, J. P., Frank, Valente, McNally and Bergan, JJ.

■ In the Matter of INDUSTRIAL BANK OF COMMERCE against ERNEST M. HIGH.— Motion for stay denied. Concur — Breitel, J. P., Frank, Valente, McNally and Bergan, JJ.

### (July 3, 1957)

■ (Republished) EVELYN BRODY v. BARNIE BRODY.— Motion for reargument denied. Concur — Botein, J. P., Rabin, McNally and Bergan, JJ. [See 3 A D 2d 1015.]

■ In the Matter of TROPHY HANDBAGS, INC., against CRAFT INDUSTRIAL CASE CORP. et al.— Motion to dismiss appeal unanimously granted, with $10 costs. Concur—Breitel, J. P., Frank, Valente, McNally and Bergan, JJ.